IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BDB & SONS MOVING, INC. *et al.*, <br> Plaintiffs, <br><br> v. <br><br> TRANSGUARD INSURANCE COMPANY, <br> Defendants. | CIVIL ACTION <br> CASE NO. 08-3465 |

## ORDER

AND NOW, this 16th day of November 2010, upon consideration of Defendant's Motion for Leave to Amend Answer and Plead Counterclaims [doc. no. 30], and Plaintiffs' Response in Opposition thereto [doc. no. 32], it is hereby **ORDERED** that Defendants' motion is **GRANTED** and the Amended Answer with Counterclaims [doc. no. 30-4] is **DEEMED FILED.**

The Clerk of Court is **DIRECTED** to docket the Amended Answer.

It is so **ORDERED.**

BY THE COURT:

*Cynthia M. Rufe*
CYNTHIA M. RUFE, J.